ORIGINAL

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FILED
JUN 16 2008
U.S. COURT OF FEDERAL CLAIMS

ROLAND S. ROLLINS, SR.,)
Plaintiff,)
v. )
)
THE UNITED STATES, )
Defendant,)

APPLICATION TO PROCEED
IN FORMA PAUPERIS

08-433 C

I, Roland S. Rollins, Sr., request to proceed without being required to prepay filing fees. I state that because of my poverty, I am unable to pay such fees; that I believe I am entitled to relief. The nature of my action, or the issues I intend to present are briefly stated as follows:

In further support of this application, I answer the following questions.

1. Are you currently employed? ___ Yes X No

a If the answer is "yes", state the amount of your salary or wages per month, and give the name and address of your employer. (List both gross and net salary)

b If the answer is "no", state the date of last employment and the amount of salary and wages per month which you received.

ANSWER: RETIRED USPS 5-31-1995. (STOPPED)
STRATUS TEMP SERVICES - 7-15-2000 (STOPPED)

2. Have you received within the past twelve months any money from any of the following sources?

a Business, profession or other form of self- employment? ✓ Yes ___ No
b Rent payments, interest or dividends? ✓ Yes ___ No
c Pensions annuities or life insurance payments? ✓ Yes ___ No
d Gifts or inheritances? ___ Yes ___ No
e Any other sources? ___ Yes ___ No

If the answer to any of the above is "yes", describe each source of money and state the amount received from each during the past twelve months.

a. Self-Employment: SHOP-5100.00 RENT 4090. (2007)
USPS - RETIREMENT AFTER CHILD SUPPORT 9703.60 (2007)
VA DISABILITY SERVICE-CONNECTED 11,100.00 AFTER
CHILD SUPPORT - 950.00 + 1200.00 PER YR FOOD FOR PEOPLE (2007)

PAGE TWO

AFTER SUPPORT

b. Pensions, etc. (i) U.S. Postal Service Retirement Benefits 14,428.00 / 9703.60
DISABILITY RETIREMENT

(ii) VA compensation benefits: 13,230.00

3. Do you own any cash, or do you have money in checking, savings or any other accounts?

__ Yes ✓ No

If the answer is "yes", state the total value of the items owned.

ANSWER: NONE PAST BALANCE OWED AT THIS TIME!

4. Do you own any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)?

✓ Yes __ No

ANSWER: HOUSE LIVING IN AT THIS TIME!

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

| PERSON | RELATIONSHIP | MONTHLY SUPPORT CONTRIBUTION |
|---|---|---|
| Tiny (Lewis) | Spouse | $ |
| Peige Rollins | Child | $ 479.00 includes FOOD. |
| Tiny (Lewis) | Spouse | $ |
| | Step child | $ 300.00 includes FOOD. |
| | Step child | $ 300. includes FOOD. |
| | Step child | $ |
| | Step child | $ |

**I declare under penalty of perjury that the foregoing is true and correct (28 U.S.C. § 1746)**

Executed on 04-08 2008
(Date)

R. Scott Rollins
(Signature of Applicant)