IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ROLAND S. ROLLINS, SR., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 08-433C |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Lauren S. Moore as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Lauren S. Moore
Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
Washington, D.C. 20530

Attention: Classification Unit
8th Floor, 1100 L Street, N.W.
Washington, DC 20530

s/ Lauren S. Moore
LAUREN S. MOORE
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Tele: (202) 616-0333
Fax: (202) 514-8640

July 1, 2008

CERTIFICATE OF ELECTRONIC FILING

I hereby certify that on this 1st day of July 2008, a copy of the foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system, and that the parties may access this filing through the Court's system.

s/Lauren S. Moore